IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAVID LOUIS WHITEHEAD, § § § *Plaintiff*, § § v. § § UNIVERSAL PICTURES, *et al.*, § § *Defendants*. § § § | CASE NO. 2:24-CV-00656-JRG-RSP |

### ORDER

Plaintiff Whitehead previously filed an Amended Complaint alleging, *inter alia*, legal malpractice. (Dkt. No. 7.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 10), recommending dismissal of Plaintiff's Amended Complaint on the basis of lack of subject matter jurisdiction. Plaintiff has now filed numerous Objections (Dkt. No. 11; Dkt. No. 16), some of which were outside of the 14-day window to do so (Dkt. No. 23; Dkt. No. 24).

After conducting a *de novo* review of the Complaint, the Report and Recommendation, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation and orders that the case is **DISMISSED** for lack of subject matter jurisdiction.

**So Ordered this**

**Apr 23, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE